■ DAVID E. ROSE, as Administrator of the Estate of NANNA ROSE, Deceased, v. WININGER CONSTRUCTION CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ RENE J. BOULAY v. HOFFMAN BEVERAGE COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ WILLIAM JOHNSON, as Executor of KARL F. HOHENSTEIN, Deceased, v. COMBINED SALES AND SERVICE, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ EVA PASTERNAK v. BORACHARD AFFILIATION INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■ MIRIAM GUTWIRTH v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.